STEPHEN MEARNS, Respondent, *v.* THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.

(Submitted October 1, 1900; decided November 2, 1900.)

Motion for reargument denied, with ten dollars costs. (See 163 N. Y. 108.)

---

MERCHANTS' BANK OF BUFFALO, Respondent, *v.* LOUIS WEILL, Appellant, Impleaded with Others.

(Submitted October 8, 1900; decided November 2, 1900.)

Motion for reargument denied, with ten dollars costs. (See 163 N. Y. 486.)

---

HUGO JAECKEL, Appellant and Respondent, *v.* THE AMERICAN CREDIT INDEMNITY COMPANY OF NEW YORK, Respondent and Appellant.

*Jaeckel* v. *Am. Credit Indemnity Co.*, 34 App. Div. 565, affirmed.
(Argued October 22, 1900; decided November 13, 1900.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 12, 1898, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

*Benjamin N. Cardozo* and *A. J. Simpson* for plaintiff, appellant and respondent.

*Eugene Treadwell* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.